UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| D. SCOTT BAUER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BONNER COUNTY, IDAHO; DAN MCDONALD, in his individual capacity; and BRAD PTASHKIN, in his individual capacity,<br><br>　　　　Defendants. | Case No. 2:22-cv-00270-AKB<br><br>**ORDER AMENDING SCHEDULING ORDER** |

　　Based upon the parties' Stipulation on Motion to Extend Scheduling Order Deadline (Dkt. 82), pursuant to Federal Rules of Civil Procedure 1 and 16(b)(4), and for good cause appearing:

　　**IT IS HEREBY ORDERED** the Scheduling Order (Dkt. 75) is amended as follows:

1.　The scheduling order track of this case is now classified as **complex**.

2.　**Dispositive Motion Deadline:**  All dispositive motions, including motions for punitive damages, must now be filed by **August 9, 2024**.

3.　**Completion of Fact Discovery:** All fact discovery must now be completed **July 12, 2024.**

4.　**Disclosure of Experts:**

　　a.  **Plaintiff** must disclose the experts intended to be called at trial on or before **May 10, 2024.**

　　b.  **Defendant** must disclose the experts intended to be called at trial on or before **June 7, 2024.**

**ORDER AMENDING SCHEDULING ORDER - 1**

    c. **Plaintiff** must disclose rebuttal experts intended to be called at trial on or before **June 21, 2024.**

    d. **ALL** discovery relevant to experts must be completed by **July 12, 2024.**

5. **Law Clerk:** The law clerk assigned to this case is **Daniel Fredrickson**, and he may be reached at (208) 334-9941 or daniel_fredrickson@id.uscourts.gov.

DATED: December 29, 2023

*Amanda K. Brailsford*
Amanda K. Brailsford
U.S. District Court Judge

**ORDER AMENDING SCHEDULING ORDER - 2**