AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:22-CV-00270-AKB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* MoveOn.org
on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows: Shawn Paterson at Earth Class Mail at 9450 SW Gemini D. #57224 Beaverton, OR 97008    on *(date)* 2-20-24  11:35AM    ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-20-24

_____
Server's signature

Mark Ososke, Investigator #33719
Printed name and title

4550 SW Betts #157 Beaverton, OR 97005
Server's address

Additional information regarding attempted service, etc.: