JESSE WING, *pro hac vice*
JOSEPH R. SHAEFFER, *pro hac vice*
ANIKA R. ADES, *pro hac vice*
MacDONALD HOAGUE & BAYLESS
705 Second Ave, Suite 1500
Seattle, WA 98104
Telephone: 206-622-1604
jessew@mhb.com
joe@mhb.com
anikaa@mhb.com

APRIL M. LINSCOTT, ISB #7036
OWENS, MCCREA & LINSCOTT, PLLC
6500 N. Mineral Dr., Ste. 103
Coeur d'Alene, ID 83815
Telephone: (208) 762-0203
Fax: (208) 719-8083
Email:   alinscott@omllaw.com

*Attorneys for Plaintiff*

Hon. Amanda K. Brailsford

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| D. SCOTT BAUER,<br><br>    Plaintiff,<br><br>    v.<br><br>BONNER COUNTY, IDAHO; DAN McDONALD, in his individual capacity; and BRAD PTASHKIN, in his individual capacity,<br><br>    Defendants. | No. 2:22-cv-00270-AKB<br><br>MOTION FOR PROTECTIVE ORDER |

   NOW COMES the Plaintiff, D. Scott Bauer, by and through his counsel, and moves this Honorable Court for entry of a protective order limiting the questioning of each witness during all proceedings in this litigation (depositions and trial) to be conducted by one lawyer per side.

1

This Motion is supported by Plaintiff's accompanying Memorandum and Declaration of Jesse Wing, which include certification of a discovery conference and mediation by the Judicial Clerk before filing this Motion.

DATED this 25th day of April, 2024.

By: OWENS, MCCREA & LINSCOTT, PLLC

 /s/ April M. Linscott
April M. Linscott, ISB #7036
Email: alinscott@omllaw.com

*Attorney for Plaintiff*

By: MacDONALD HOAGUE & BAYLESS

 /s/ Jesse Wing
Jesse Wing, WSBA #27751
*Pro hac vice*
Email: Jessew@mhb.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that I caused the following to be electronically filed with the Clerk of the Court using CM/ECF System which will send notification of such filing to the following parties:

Sam Creason
Creason, Moore, Dokken & Geidl, PLLC
1219 Idaho Street
P.O. Drawer 835
Lewiston, ID 83501
P: (208) 743-1516
F: (208) 746-2231
E: samc@cmd-law.com

and to Debbie Olson, debbieo@cmd-law.com

*Attorneys for Defendants Bonner County, Idaho, Dan McDonald, Jeff Connolly, Steven Bradshaw and Brad Ptashkin*

Kirtlan G. Naylor
Tyler D. Williams
Naylor & Hales, P.C.
950 W. Bannock Street, Ste. 610
Boise, ID 83702
P: (208) 383-9511
F: (208) 383-9516
E: kirt@naylorhales.com
tdw@naylorhales.com

and to Trish Wassmuth, trish@naylorhales.com

*Attorneys for Defendants Bonner County and Bonner County Officials*

DATED this 25th day of April, 2024, at Seattle, Washington.

*/s/ Lucas Wildner*
Lucas Wildner, Legal Assistant