JESSE WING, *pro hac vice*
JOSEPH R. SHAEFFER, *pro hac vice*
ANIKA R. ADES, *pro hac vice*
MacDONALD HOAGUE & BAYLESS
705 Second Ave, Suite 1500
Seattle, WA 98104
Telephone: 206-622-1604
jessew@mhb.com
joe@mhb.com
anikaa@mhb.com

APRIL M. LINSCOTT, ISB #7036
OWENS, MCCREA & LINSCOTT, PLLC
6500 N. Mineral Dr., Ste. 103
Coeur d'Alene, ID 83815
Telephone: (208) 762-0203
Email:   alinscott@omllaw.com

*Attorneys for Plaintiff*

Hon. Amanda K. Brailsford

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| D. SCOTT BAUER,<br><br>Plaintiff,<br><br>v.<br><br>BONNER COUNTY, IDAHO; DAN McDONALD, in his individual capacity; and BRAD PTASHKIN, in his individual capacity,<br><br>Defendants. | No. 2:22-cv-00270-AKB<br><br>DECLARATION OF JESSE WING IN SUPPORT OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER |

I, Jesse Wing, declare as follows:

I am one of the attorneys for Plaintiff D. Scott Bauer. I am over the age of 18, and am competent to testify.

1

1. **Exhibit A** is a true copy of an email chain between me and Defense counsel Samuel Creason on April 15, 2024, in which Mr. Creason states that both he and his co-counsel Mr. Naylor will be questioning a witness at deposition and that it is their right to do so. I express my opposition to his position. I forwarded the email exchange to Judicial Clerk Fredrickson with a request that the matter be included among the discovery disputes that he mediate.

2. On Monday, April 22, Mr. Fredrickson mediated discovery disagreements among the parties, including how many lawyers can question a witness at a deposition and at trial. During that mediation, Defense counsel stated that they intend for two lawyers on their side to ask questions of every witness in deposition and at trial. The parties did not reach agreement on a resolution to their dispute. As a result, Mr. Fredrickson stated that Plaintiff may file a motion with the Court to resolve it.

3. During Defendants' deposition of Plaintiff, Defense counsel Creason, who represents all Defendants, took the lead asking questions. After many hours of questioning Plaintiff, Mr. Creason then announced: "I'm confident I'll have some follow-up, Mr. Bauer, but for now I'm going to ask Mr. Naylor to ask some questions." Bauer Dep. at 238:7-9. I objected on the grounds that Mr. Creason represents all defendants and that only one lawyer per side is entitled to question a witness, like at trial. *Id*. at 238:10-17. Mr. Creason responded, "a trial's very different, Mr. Wing." *Id*. at 238:18-19. After counsel for the parties continued to disagree, Mr. Naylor provided his questions to Mr. Creason who then asked those questions. *See id.* at 238:20-241:6. **Exhibit B** is a true copy of these excerpts of the deposition of Plaintiff Scott Bauer, conducted on August 22, 2023.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DATED this 25th day of April, 2024, at Seattle, Washington.

                                                                 _/s/ Jesse Wing_____
                                                                 Jesse Wing

## CERTIFICATE OF SERVICE

I hereby certify that I caused the following to be electronically filed with the Clerk of the Court using CM/ECF System which will send notification of such filing to the following parties:

Sam Creason
Creason, Moore, Dokken & Geidl, PLLC
1219 Idaho Street
P.O. Drawer 835
Lewiston, ID 83501
P: (208) 743-1516
F: (208) 746-2231
E: samc@cmd-law.com

And to:
Debbie Olson, debbieo@cmd-law.com

*Attorneys for Defendants Bonner County, Idaho, Dan McDonald, and Brad Ptashkin*

Kirtlan G. Naylor
Tyler D. Williams
Naylor & Hales, P.C.
950 W. Bannock Street, Ste. 610
Boise, ID 83702
P: (208) 383-9511
F: (208) 383-9516
E: kirt@naylorhales.com
tdw@naylorhales.com

*Attorneys for Defendants Bonner County*

DATED this 25th day of April, 2024 at Seattle, Washington.

                                              *s/ Lucas Wildner*
                                             Lucas Wildner, Legal Assistant