# EXHIBIT A

# TO DECLARATION OF JESSE WING

# ISO PL'S MOTION FOR PROTECTIVE ORDER

| | |
|---|---|
| **From:** | Jesse Wing |
| **To:** | Daniel Fredrickson |
| **Cc:** | Samuel Creason; Kirtlan Naylor; April Linscott; Debbie Olson; Lucas Wildner; Anika Ades; Tyler Williams |
| **Subject:** | New discovery dispute |
| **Date:** | Monday, April 15, 2024 5:44:04 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image005.png |
| | image007.png |

Dear Mr. Fredrickson,

Below is an email chain between me and Defense Counsel Sam Creason today (April 15, 2024) that begins with his email to me at 2:57pm—which I have highlighted in yellow for your convenience. Our disagreement is over Defense Counsels' plan for *two* lawyers on the Defense team to cross examine witnesses at depositions, starting with the deposition of my client's wife.

Defense Counsel Creason represents all of the Defendants. His Co-counsel represents Bonner County and the individual Defendants in their official capacity. Defense Counsel apparently take the position that they represent different interests. They do not. And their plan to each question the same witness would violate the long-standing, widely customary practice of "one lawyer per witness." It would unfairly allow multiple lawyers to tag team Plaintiff in every deposition, cross-examine each witness twice, conduct two direct examinations or re-directs of all County witnesses they are (jointly) defending, and afford two lawyers to each object separately to questions from Plaintiff's counsel. In my experience, where one-sides' interests are represented by more than one lawyer, only one lawyer is permitted to be the voice of that side regarding each witness. I objected when Defense Counsel tried to conduct consecutive questioning of Plaintiff at his deposition by two lawyers and said I would contact the Court, at which time Defense counsel forwent their plan.

Now Defense Counsel has raised their intention to proceed with their plan again, and have done so aggressively in their email below. Accordingly, Plaintiff requests an instruction that only one lawyer for each side is permitted to conduct questioning of each witness. Defense Counsel are, of course, free to collaborate and prepare together however they wish, but only one of them should be permitted to ask questions and to object during the questioning of a witness.

Thank you,

Jesse


Jesse Wing

**MacDonald Hoague & Bayless**

705 Second Ave, Suite 1500

Seattle, WA 98104

206.622.1604 | Fax 206.343.3961

Jessew@mhb.com | www.mhb.com



**From:** Samuel Creason <samc@cmd-law.com>
**Sent:** Monday, April 15, 2024 4:42 PM
**To:** Jesse Wing <JesseW@mhb.com>
**Cc:** Kirtlan Naylor <kirt@naylorhales.com>; Tyler Williams <tdw@naylorhales.com>; Debbie Olson <debbieo@cmd-law.com>; Trish Wassmuth <trish@naylorhales.com>; April Linscott <alinscott@omllaw.com>; Anika Ades <AnikaA@mhb.com>; Lucas Wildner <LucasW@mhb.com>; Joe Shaeffer <joe@mhb.com>
**Subject:** Re: Deposition of Mrs. Bauer and of Ms. Dixon and more

Jesse:

You can raise the issue if you want but (1) neither Kirt nor I ever said that we both represent all Defendants in all capacities; and (2) you should review pleading number 81 again.  Your Client sued Dan and Brad, in their personal capacity, and I am the only attorney in this case that represents them in that capacity.

If you interfere with my right to ask questions on behalf of Dan and Brad in their personal capacity, I will seek costs and fees and/or simply take a separate deposition.  I'm not asking for the right to re-ask questions, just perform follow-up that I think necessary to protect their interests.

--
All the Best,
   Sam Creason

Attorney
Creason, Moore, Dokken & Geidl PLLC
cmd-law.com
1219 Idaho Street
P.O. Drawer 835
Lewiston, ID 83501

Phone 208-743-1516
Fax 208-746-2231

This email message may contain information that is privileged and/or confidential.  The information contained in this email message is intended only for the use of the person to whom it is addressed.  If the reader of this message is not (1) the intended recipient or (2) the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone at 208-743-1516, and destroy the original message.  Thank you.

On Mon, Apr 15, 2024 at 4:35 PM Jesse Wing <JesseW@mhb.com> wrote:

> When I asked you both during Mr. Bauer's deposition, you and Kirk acknowledged that you both represent all of the Defendants. And on pleadings, such as the Defendants' Answer (see, e.g., 81), you state that you represent all of the Defendants. On the same pleading, Kirt and Tyler state that they represent "Defendants Bonner County and Bonner County Officials"—which is all Defendants. I disagree that you get to split up the time among more than one lawyer at a single deposition or take separate depositions. So, let's ask Mr. Fredrickson to obtain guidance to avoid a continuing dispute about this. Do you want to tee it up or shall I?
>
> Jesse
>
> ---
>
> **From:** Samuel Creason <samc@cmd-law.com>
> **Sent:** Monday, April 15, 2024 4:04 PM
> **To:** Jesse Wing <JesseW@mhb.com>
> **Cc:** Kirtlan Naylor <kirt@naylorhales.com>; Tyler Williams <tdw@naylorhales.com>; Debbie Olson <debbieo@cmd-law.com>; Trish Wassmuth <trish@naylorhales.com>; April Linscott <alinscott@omllaw.com>; Anika Ades <AnikaA@mhb.com>; Lucas Wildner <LucasW@mhb.com>; Joe Shaeffer <joe@mhb.com>
> **Subject:** Re: Deposition of Mrs. Bauer and of Ms. Dixon and more
>
> Jesse:
>
> Kirt and Tyler represent the County and can ask questions on behalf of the County. They don't represent Dan McDonald and Brad Ptashkin, which are also parties to the suit.  You can either let me ask questions (which I think I am entitled to ask regardless) or, worst case scenario, I'll set a second deposition for Ms. Bauer.  Either way, the Defendants are the ones trying to accomplish an expeditious and economic completion of discovery.
>
>
> --
> All the Best,
>    Sam Creason
>
> Attorney
> Creason, Moore, Dokken & Geidl PLLC
> cmd-law.com
> 1219 Idaho Street

P.O. Drawer 835
Lewiston, ID 83501

Phone 208-743-1516
Fax 208-746-2231

This email message may contain information that is privileged and/or confidential. The information contained in this email message is intended only for the use of the person to whom it is addressed. If the reader of this message is not (1) the intended recipient or (2) the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 208-743-1516, and destroy the original message. Thank you.

On Mon, Apr 15, 2024 at 4:00 PM Jesse Wing <JesseW@mhb.com> wrote:

> Sam,
>
> Per your request, I have asked Ms. Bauer for her unavailable dates and appreciate the spirit of your request. I have a number of deps that I want to get scheduled in this case so I think it would be productive for us to nail down a number of dates that work for all of us so we can slot in deps.
>
> I interpret your statement that you intend to ask questions of Ms. Bauer as doing so in addition to Kirt (or Tyler). If that is not the case, please let me know. If that is your plan, then I have the same objection that I asserted to Kirt asking questions of Scott Bauer at his deposition after you had questioned him. You both represent the same clients so only one of you gets to question a witness. You can't avoid that by splitting up the clients that you collectively represent so you can each ask questions at a deposition. If this is going to be an ongoing issue, let's raise it with Mr. Frederickson so it can be resolved by the Court, if need be.
>
> Jesse
>
> **From:** Samuel Creason <samc@cmd-law.com>
> **Sent:** Monday, April 15, 2024 2:57 PM
> **To:** Jesse Wing <JesseW@mhb.com>
> **Cc:** Kirtlan Naylor <kirt@naylorhales.com>; Tyler Williams <tdw@naylorhales.com>; Debbie Olson <debbieo@cmd-law.com>; Trish Wassmuth <trish@naylorhales.com>; April Linscott

<alinscott@omllaw.com>; Anika Ades <AnikaA@mhb.com>; Lucas Wildner <LucasW@mhb.com>; Joe Shaeffer <joe@mhb.com>
**Subject:** Re: Deposition of Mrs. Bauer and of Ms. Dixon and more

==Gentleman:==

**Ms. Bauer -** ==I intend to attend this deposition *and ask questions on behalf of the individual defendants*.  We simply have too many attorneys with too crowded schedules to plan around the witnesses.  For example, I am set to conduct multiple depositions per week for the next 4-5 weeks.  I suggest that Jesse circulate a list of *unavailable* dates, impressing upon Ms. Bauer that they truly need to be "unavailable" and not simply inconvenient.==

**Ms. Dixon -** I intend to attend this deposition.  I understand that attorney Dean Bennett will be representing Ms. Dixon, personally, during the anticipated deposition.  I suggest that we start a new thread with Mr. Bennett, asking him to take the same approach as discussed for Ms. Bauer.

--
All the Best,
   Sam Creason

Attorney
Creason, Moore, Dokken & Geidl PLLC
cmd-law.com
1219 Idaho Street
P.O. Drawer 835
Lewiston, ID 83501

Phone 208-743-1516
Fax 208-746-2231


This email message may contain information that is privileged and/or confidential.  The information contained in this email message is intended only for the use of the person to whom it is addressed.  If the reader of this message is not (1) the intended recipient or (2) the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone at 208-743-1516, and destroy the original message.  Thank you.