JESSE WING, *pro hac vice*
JOSEPH R. SHAEFFER, *pro hac vice*
ANIKA R. ADES, *pro hac vice*
MacDONALD HOAGUE & BAYLESS
705 Second Ave, Suite 1500
Seattle, WA 98104
Telephone: 206-622-1604
jessew@mhb.com
joe@mhb.com
anikaa@mhb.com

APRIL M. LINSCOTT, ISB #7036
OWENS, MCCREA & LINSCOTT, PLLC
6500 N. Mineral Dr., Ste. 103
Coeur d'Alene, ID 83815
Telephone: (208) 762-0203
Fax: (208) 719-8083
Email:   alinscott@omllaw.com

*Attorneys for Plaintiff*

Hon. Amanda K. Brailsford

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| D. SCOTT BAUER,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BONNER COUNTY, IDAHO; DAN McDONALD, in his individual capacity; and BRAD PTASHKIN, in his individual capacity,<br><br>　　　　　　　Defendants. | No. 2:22-cv-00270-AKB<br><br>MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND FIFTH AMENDED COMPLAINT |

NOW COMES the Plaintiff, D. Scott Bauer, by and through his counsel, and moves this Honorable Court for leave to supplement and amend the Complaint by filing his Second Supplemental and Fifth Amended Complaint.

This Motion is supported by Plaintiff's accompanying Memorandum and Declaration of Jesse Wing.

DATED this 6th day of May, 2024.

| By: OWENS, MCCREA & LINSCOTT, PLLC<br>8596 N. Wayne Drive, Ste. A<br>Coeur d'Alene, ID 83815<br>Telephone: (208) 762-0203<br> /s/ April M. Linscott<br>April M. Linscott, ISB #7036<br>Email: alinscott@omllaw.com<br><br>*Attorney for Plaintiff* | By: MacDONALD HOAGUE & BAYLESS<br>705 Second Avenue, Suite 1500<br>Seattle, Washington 98104<br>Tel 206.622.1604 Fax 206.343.3961<br><br> /s/ Jesse Wing<br>Jesse Wing, WSBA #27751<br>*Pro hac vice*<br>Email: Jessew@mhb.com<br><br>*Attorneys for Plaintiff* |

# CERTIFICATE OF SERVICE

I hereby certify that I caused the following to be electronically filed with the Clerk of the Court using CM/ECF System which will send notification of such filing to the following parties:

Sam Creason
Creason, Moore, Dokken & Geidl, PLLC
1219 Idaho Street
P.O. Drawer 835
Lewiston, ID 83501
P: (208) 743-1516
F: (208) 746-2231
E: samc@cmd-law.com

and to Debbie Olson, debbieo@cmd-law.com

*Attorneys for Defendants Bonner County, Idaho, Dan McDonald, Jeff Connolly, Steven Bradshaw and Brad Ptashkin*

Kirtlan G. Naylor
Tyler D. Williams
Naylor & Hales, P.C.
950 W. Bannock Street, Ste. 610
Boise, ID 83702
P: (208) 383-9511
F: (208) 383-9516
E: kirt@naylorhales.com
tdw@naylorhales.com

and to Trish Wassmuth, trish@naylorhales.com

*Attorneys for Defendants Bonner County and Bonner County Officials*

DATED this 6th day of May, 2024, at Seattle, Washington.

> */s/ Lucas Wildner*
> Lucas Wildner, Legal Assistant