JESSE WING, *pro hac vice*
JOSEPH R. SHAEFFER, *pro hac vice*
ANIKA R. ADES, *pro hac vice*
MacDONALD HOAGUE & BAYLESS
705 Second Ave, Suite 1500
Seattle, WA 98104
Phone: 206-622-1604
jessew@mhb.com
joe@mhb.com
anikaa@mhb.com

APRIL M. LINSCOTT, ISB #7036
CUSACK LAW FIRM
320 E. Neider Ave., Ste 206
Coeur d'Alene, Idaho 83815
Phone: 208-667-0640
april@mcusacklaw.com

*Attorneys for Plaintiff*

Hon. Amanda K. Brailsford

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| D. SCOTT BAUER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BONNER COUNTY, IDAHO; DAN McDONALD, in his individual capacity; and BRAD PTASHKIN, in his individual capacity, MIKE ROSEDALE, in his individual capacity, and LUKE OMODT, in his individual capacity,<br><br>　　　　Defendants. | No. 2:22-cv-00270-AKB<br><br>DECLARATION OF JESSE WING IN SUPPORT OF PLAINTIFF'S REPLIES TO HIS AMENDED MOTION TO COMPEL [Dkt. 125] *AND* HIS AMENDED MOTION TO COMPEL [Dkt. 126] |

　　I, Jesse Wing, declare as follows:

　　1.　　I am one of the attorneys for Plaintiff D. Scott Bauer. I am over the age of 18 and am competent to testify.

2. **Exhibit 1** is a true copy of the parties' Joint Statement that we submitted to Judicial Clerk Daniel Fredrickson on August 1, 2024, before the mediation on August 5, 2024. This Exhibit is provided in strict rebuttal to Defendants raising in their opposition that the mediation privilege issue is not ripe for consideration.

3. During our mediation with Defense counsel and Judicial Clerk Daniel Fredrickson on August 5, 2024, the parties did not resolve the discovery disputes so the Judicial Clerk told the parties that they need to brief the dispute over Plaintiff's allegation that Defendants retaliated against him during settlement talks at mediation to obtain a discovery ruling from the Court.

4. **Exhibit 2** is a true copy of excerpts from Nancy Twineham's deposition conducted on June 24, 2024, which Defendants identified in their opposition but do not appear to have provided to the Court.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DATED this 4th day of December, 2024, at Seattle, Washington.

                                       _/s/ Jesse Wing_
                                       Jesse Wing

CERTIFICATE OF SERVICE

I hereby certify that I caused the following to be electronically filed with the Clerk of the Court using CM/ECF System which will send notification of such filing to the following parties:

MOORE ELIA KRAFT & STACEY, LLP

Michael J. Elia
Nathan C. Beckman
702 W. Idaho St., Suite 800
Boise, Idaho 83702
mje@melawfirm.net
nathan@melawfirm.net

*Attorneys for Defendants Dan McDonald and Brad Ptashkin*

BAKER STERCHI COWDEN & RICE, LLC

Robert L. Christie, ISB # 9903
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Phone: 206-957-9669
Fax: 206-352-7875
Email: bob.christie@bakersterchi.com

*Attorney for Defendants Bonner County, Idaho, Mike Rosedale, and Luke Omodt*

DATED this 4th day of December, 2024, at Seattle, Washington.

 /s/ Lucas Wildner
Lucas Wildner, Legal Assistant