# EXHIBIT TWO

# TO REPLY DECLARATION OF JESSE WING

# In The Matter Of:

*Bauer v.*
*Bonner County, et al.*

*Nancy Twineham*
*June 24, 2024*
*Case No. 2:22-CV-00270-DCN*

*M&M Court Reporting LLC*
*1-800-879-1700*

*Coeur d Alene ID 83814*
*info@mmcourt.com*

Original File NT062424.txt
**Min-U-Script® with Word Index**

```
 1                  UNITED STATES DISTRICT COURT

 2                        DISTRICT OF IDAHO

 3

 4   D. SCOTT BAUER,            )
                                )
 5                  Plaintiff,  )   Case No. 2:22-cv-00270-AKB
                                )
 6   vs.                        )
                                )
 7   BONNER COUNTY, IDAHO;      )
     DAN McDONALD, in his       )
 8   individual capacity; and   )
     BRAD PTASHKIN, in his      )
 9   individual capacity,       )
                                )
10                  Defendants. )
     _____)
11

12       VIDEOCONFERENCE DEPOSITION OF NANCY TWINEHAM

13              CONFIDENTIAL PORTIONS MARKED

14           TAKEN ON BEHALF OF THE PLAINTIFF

15               AT REMOTE ZOOM LOCATION

16             JUNE 24, 2024, AT 9:38 A.M.

17

18

19

20

21

22   REPORTED BY:

23   ANNA STEWART, C.S.R. NO. 1197
     Notary Public
24

25
```

```
 1                   A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFF:

 4             MacDONALD HOAGUE & BAYLESS
               BY:  JESSE WING, ATTORNEY AT LAW
 5             705 SECOND AVENUE, SUITE 1500
               SEATTLE, WA 98104
 6             (206) 622-1604
               JESSEW@MHB.COM
 7

 8   FOR THE DEFENDANTS BONNER COUNTY, IDAHO, ET AL:

 9             CREASON, MOORE, DOKKEN & GEIDL, PLLC
               BY:  SAM CREASON, ATTORNEY AT LAW
10             1219 IDAHO STREET
               LEWISTON, ID 83501
11             (208) 743-1516
               SAMC@CMD-LAW.COM
12

13   FOR THE DEFENDANTS BONNER COUNTY AND OFFICIALS:

14              NAYLOR & HALES, P.C.
                BY:  KIRTLAN G. NAYLOR, ATTORNEY AT LAW
15              950 WEST BANNOCK STREET, SUITE 610
                BOISE, ID 83702
16              (208) 383-9511
                KIRT@NAYLORHALES.COM
17

18   FOR THE MS. TWINEHAM:

19              HOLLAND & HART
                BY:  ALEXANDRA GRANDE, ATTORNEY AT LAW
20              800 WEST MAIN STREET, SUITE 1750
                BOISE, ID 83702
21              (208) 383-3975
                ASGRANDE@HOLLANDHART.COM
22

23   ALSO PRESENT:  SCOTT BAUER

24

25
```

```
 1                    I N D E X
 2  TESTIMONY OF NANCY TWINEHAM                               PAGE
 3  Examination by Mr. Wing                                      4
 4
 5        CONFIDENTIAL PORTIONS MARKED IN TRANSCRIPT
 6            EXHIBITS 10-14 MARKED CONFIDENTIAL
 7
 8  DEPOSITION EXHIBITS:                                      PAGE
 9  Exhibit 1   Comptroller and Auditor, May 2016              221
10  Exhibit 2   Bonner County Job Description, SB25698         221
11  Exhibit 3   County, Idaho Audited Financial                221
12              Statements, September 30th, 2013
13  Exhibit 4   Fiscal Year 2022 Audit by Hayden Ross          221
14  Exhibit 5   Engagement Letter SB14229                      221
15  Exhibit 6   Audit Scope and Objectives, 11/29/2022         221
16  Exhibit 7   Reporting Entity No. 14                        221
17  Exhibit 8   Document Bates Numbered SB25498                221
18  Exhibit 9   Document SB27024                               221
19  Exhibit 10  Idaho Code 31-809                              221
20  Exhibit 11  Bates No. SB25805                              221
21  Exhibit 12  Bates No. SB25995 through 25996                221
22  Exhibit 13  Bates No. SB27735 Memorandum                   221
23  Exhibit 14  Email, May 4th, 2022                           221
24  Exhibit 15  Rosedale 5 and 6, ROSEDALE_005                 221
25
```

1        THE DEPOSITION OF NANCY TWINEHAM, was taken on
2   behalf of the PLAINTIFF, on JUNE 24, 2024 at the remote
3   Zoom location, before M & M Court Reporting, LLC, 816
4   Sherman Avenue, Coeur d'Alene, Idaho, by ANNA STEWART,
5   Court Reporter and Notary Public within and for the
6   State of Idaho, to be used in an action pending in the
7   District Court, District of Idaho, in and for the County
8   of Kootenai, said cause being Case No. 2:22-cv-00270-AKB
9   in said Court.
10       AND THEREUPON, the following testimony was
11  adduced, to wit:
12                    NANCY TWINEHAM,
13  having been first duly sworn to tell the truth, the
14  whole truth, and nothing but the truth, relating to said
15  cause, deposes and says:
16                      EXAMINATION
17  QUESTIONS BY MR. WING:
18  BY MR. WING:
19       Q.   Could you please state and spell your name
20  for the record.
21       A.   Nancy Twineham.  N-A-N-C-Y, "T" as in Tom,
22  W-I-N-E-H-A, "M" as in Mary.
23            MR. CREASON:  Mr. Wing, before we get going,
24  I just want to make the same record we've made on the
25  last depositions, that the defendants are participating

1  questions, and we'll make a record of whether we have an

2  objection.  If you want us to explain all the

3  objections, we can.

4              And, Madam Court Reporter, how much time

5  have we had on this deposition?

6              THE REPORTER:  I'll have to calculate that.

7  I'll have to do the math.

8              MR. NAYLOR:  Okay.

9              MR. WING:  Okay.  This isn't all about

10 documents.

11 BY MR. WING:

12    Q.   Ms. Twineham, have you received any opinions

13 from Scott Bauer about whether the fair board was an

14 integral part or a component part of Bonner County?

15             MR. NAYLOR:  You're muted.

16             MS. GRANDE:  You're muted.  Sorry.

17             THE WITNESS:  Direct communications to me or

18 the County in general?

19 BY MR. WING:

20    Q.   Well, it could be orally to you or when you

21 were in a meeting or talking to him or in writing, yes.

22    A.   So Scott Bauer directly to me, no.

23    Q.   Have you read things that Scott Bauer has

24 written on that topic?

25    A.   Yes.

1      Q.    Did you perceive that as legal advice to the
2  County?
3      A.    Yes.
4      Q.    Okay.  And what advice did he give?
5            MR. NAYLOR:  Objection.
6            MS. GRANDE:  Objection.
7            MR. NAYLOR:  Instruct the witness not to
8  answer.  Attorney-client privilege.
9  BY MR. WING:
10     Q.    Ms. Twineham, did you agree or disagree with
11 Mr. Bauer's advice?
12           MS. GRANDE:  Object to the form.  I don't --
13 we can't know if she's going to testify about advice
14 that we don't know what it was.  It's too vague.
15           MR. WING:  Well, this is the problem.
16           MR. NAYLOR:  And we don't know when.  We
17 don't have a time frame.
18 BY MR. WING:
19     Q.    Ms. Twineham, when did Mr. Bauer give such
20 advice?
21           MS. GRANDE:  I'll still object to the form.
22           MR. NAYLOR:  Join.
23           THE WITNESS:  I believe it was sometime in
24 late August, early September.
25 BY MR. WING:

1        Q.    Of which year?

2        A.    2023.

3        Q.    And did you agree or disagree with

4    Mr. Bauer's advice on this topic?

5        A.    I neither agreed nor disagreed.

6        Q.    So you had no opinion about it?

7              MS. GRANDE:  Object to the form.

8              THE WITNESS:  Yes.

9    BY MR. WING:

10       Q.    Okay.  Did Mr. Bauer take a position on

11   whether you or Mr. Rosedale had had an obligation to --

12   strike that.

13             Did Mr. Bauer express in writing that Hayden

14   Ross had had an obligation before fiscal year 2023 to

15   audit the fair board?

16             MS. GRANDE:  Object to the form.

17             THE WITNESS:  I -- I don't know.

18   BY MR. WING:

19       Q.    As you're sitting here today, you don't know

20   whether that's the position he took?

21             MR. CREASON:  Object to the form.  Calls for

22   attorney-client privilege.

23             MR. WING:  Are you instructing her not to

24   answer?

25             MR. CREASON:  I am.

1                MR. NAYLOR:  No, no.  She just answered,
2    Sam.  You're okay.
3                MR. CREASON:  Okay.
4    BY MR. WING:
5         Q.   So I'm not sure I heard the answer.
6                Ms. Twineham, what did you say?
7         A.   Please repeat the question.
8                MR. NAYLOR:  Well, let's go back one
9    question to what she answered before you restated her
10   testimony and let her and read that.  So two questions
11   before.
12               MR. WING:  Would you do that, please,
13   Ms. Court Reporter?
14               (The reporter read back as requested.)
15               MR. NAYLOR:  And the answer she gave?
16               THE REPORTER:  I don't know.
17               MR. NAYLOR:  Okay.  That was the question.
18   BY MR. WING:
19        Q.   And I asked as a follow-up, as you sit here,
20   you have no idea whether that was the position that
21   Scott Bauer took?
22               MR. NAYLOR:  Objection.  Calls for
23   speculation.
24   BY MR. WING:
25        Q.   You can answer.

1      A.      If he wrote that opinion, then, yes.
2      Q.      But you don't know either way?
3      A.      No.
4      Q.      Okay.  Did you read a letter from Tony
5  Matson in which he communicated to the Bonner County
6  elected officials insisting that Scott Bauer retract
7  allegations made against Mr. Matson?
8              MS. GRANDE:  Object to the form.
9              THE WITNESS:  Can I see the document you're
10 referring to?
11 BY MR. WING:
12     Q.      Well, I'm starting by asking you whether
13 you're aware of such a document?
14     A.      Yes.  I'm aware.
15     Q.      How did you become aware?
16     A.      It was sent to the Board of Commissioners.
17     Q.      And who provided it to you?
18             MR. CREASON:  I'm going to object to this
19 line, Mr. Wing, because you're asking for an
20 explanation, just it's vague.  The witness has asked to
21 see the letter.  You're referring to a specific letter.
22 I'm not sure we're talking about the same letter.
23             MR. WING:  I understand your objection.
24 BY MR. WING:
25     Q.      Ms. Twineham, how do you believe you

```
 1                    REPORTER'S CERTIFICATE
 2        I, ANNA STEWART, Certified Shorthand Reporter, do
 3   hereby certify:
 4             That the foregoing proceedings were taken
 5   before me at the time and place therein set forth, at
 6   which time any witnesses were placed under oath;
 7             That the testimony and all objections made
 8   were recorded stenographically by me and were thereafter
 9   transcribed by me or under my direction;
10             That the foregoing is a true and correct
11   record of all testimony given, to the best of my
12   ability;
13             That I am not a relative or employee of
14   any attorney or of any of the parties, nor am I
15   financially interested in the action.
16             IN WITNESS WHEREOF, I have hereunto set my
17   hand and seal July 17, 2024.
18
19
20
21        _____
          ANNA STEWART, ID C.S.R. No. 1197
22        Notary Public
          816 Sherman Avenue, Suite 7
23        Coeur d'Alene, ID 83814
24   My Commission Expires March 9, 2029.
25
```