JESSE WING, *pro hac vice*
JOSEPH R. SHAEFFER, *pro hac vice*
ANIKA R. ADES, *pro hac vice*
MacDONALD HOAGUE & BAYLESS
705 Second Ave, Suite 1500
Seattle, WA 98104
Phone: 206-622-1604
jessew@mhb.com
joe@mhb.com
anikaa@mhb.com

APRIL M. LINSCOTT, ISB #7036
CUSACK LAW FIRM
320 E. Neider Ave., Ste 206
Coeur d'Alene Idaho
Phone: 208-667-0640
april@mcusacklaw.com

*Attorneys for Plaintiff*

Hon. Amanda K. Brailsford

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

D. SCOTT BAUER,

          Plaintiff,

      v.

BONNER COUNTY, IDAHO; DAN
McDONALD, in his individual capacity; and
BRAD PTASHKIN, in his individual capacity,
MIKE ROSEDALE, in his individual capacity,
and LUKE OMODT, in his individual capacity,

          Defendants.

No. 2:22-cv-00270-AKB

STIPULATED MOTION TO EXTEND
DEADLINES

NOW COME the parties, by and through their respective counsel of record, and stipulate to a modification of the following deadlines in light of the parties' stipulation for Plaintiff to file his supplemental and amended Complaints, Dkt. 140, adding recent events as new allegations

1

(including termination of Plaintiff's employment resulting in new types of alleged damages) and new defendants, and the substitution of new counsel on behalf of Defendants.

WHEREFORE, under these circumstances and to facilitate an orderly and productive handling of the case, the parties ask that the Court modify the deadline as follows:

| Case Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Completing Discovery | Elapsed | 60 days after the Court rules on Plaintiff's pending discovery motions; 30 days after the rebuttal disclosure deadline for expert discovery |
| Expert Witness Disclosure Deadline | Elapsed | February 28, 2025 |
| Expert Witness Rebuttal Disclosure Deadline | Elapsed | March 28, 2025 |
| Dispositive Motion Deadline | 30-days after the Court rules on Plaintiff's pending discovery motions | 45 days after the close of discovery |

//

//

//

//

2

1    **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD,** this 6th day of December,

2    2024.

3    By: CUSACK LAW FIRM                    By: MOORE ELIA KRAFT & STACEY,
                                            LLP
4
       */s/ April M. Linscott*
5      April M. Linscott, ISB #7036           */s/ Nathan C. Beckman*
       april@mcusacklaw.com                   Michael J. Elia
6                                             Nathan C. Beckman
       *Attorney for Plaintiff*               702 W. Idaho St., Suite 800
7                                             Boise, Idaho 83702
                                              mje@melawfirm.net
8                                             nathan@melawfirm.net

9                                             *Attorneys for Defendants Dan*
                                              *McDonald and Brad Ptashkin*

10   By: MacDONALD HOAGUE & BAYLESS          By: BAKER STERCHI COWDEN & RICE,
                                             LLC
11
       */s/ Jesse Wing*
12     Jesse Wing, WSBA #27751                 */s/ Robert L. Christie*
       *Pro hac vice*                          Robert L. Christie, ISB # 9903
13     Email: Jessew@mhb.com                   2100 Westlake Avenue N., Suite 206
                                               Seattle, WA 98109
14     *Attorneys for Plaintiff*               Phone: 206-957-9669
                                               Fax: 206-352-7875
15                                             Email: bob.christie@bakersterchi.com

16                                             *Attorney for Defendants Bonner*
                                               *County, Idaho, Mike Rosedale, and*
17                                             *Luke Omodt*

18

19

20

21

22

23

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused the following to be electronically filed with the Clerk of the

Court using CM/ECF System which will send notification of such filing to the following parties:

MOORE ELIA KRAFT & STACEY, LLP

Michael J. Elia
Nathan C. Beckman
702 W. Idaho St., Suite 800
Boise, Idaho 83702
mje@melawfirm.net
nathan@melawfirm.net

*Attorneys for Defendants Dan McDonald and Brad Ptashkin*

BAKER STERCHI COWDEN & RICE, LLC

Robert L. Christie, ISB # 9903
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Phone: 206-957-9669
Fax: 206-352-7875
Email: bob.christie@bakersterchi.com

*Attorney for Defendants Bonner County, Idaho, Mike Rosedale, and Luke Omodt*

DATED this 6th day of December, 2024, at Seattle, Washington.

*/s/ Lucas Wildner*
Lucas Wildner, Legal Assistant